**SIGNED THIS: October 15, 2008**

_____
**THOMAS L. PERKINS**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **JOHN RICHARD HENRY and** | ) | No.  07-81444 |
| **SANDRA K. HENRY,** | ) | |
| | ) | |
| Debtors. | ) | |

**O P I N I O N**

This matter is before the Court on the Debtors' Motion to Expedite Hearing on a

separate Motion to Use Cash Collateral concerning the destruction of a motorcycle that

secures the secured claim of Redbrand Credit Union.   The Debtors wish to use the

insurance proceeds to purchase a replacement motorcycle.  The Debtors request a hearing

date within 6 days since the seller of the replacement motorcycle will only hold it for seven

days.

This Court is of the view that a minimum of fifteen days notice should be given to

a secured creditor of a motion to use cash collateral.  If a situation arises where the Debtors

need to act sooner, the Debtors' attorney should negotiate an agreed order with the

affected creditor – here, Redbrand – or at least obtain the creditor's consent to an expedited hearing.  Neither of those options has occurred here, so the Motion to Expedite should be denied.

In this Court's view, neither a debtor's failure to timely advise his attorney of the need to obtain financing nor a vehicle seller's insistence on a short "hold" period, warrants depriving the holder of a secured claim whose collateral is at stake of minimum notice of a hearing and opportunity to object.

A separate Order will be entered.

###